Judge: Judge Aron
Case Name: Christopher H. & Denice H. Nelson
Case Number: B-08-81319
Hearing Date: 11/04/10                                   Prepared by: J.P.
Application For: Fee - Attorney for Debtor (Adversary)

AMOUNT REQUESTED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | | | 11.42 |
| Total Fees and Expenses Requested | | | | 361.42 |

RECOMMENDATION and COMMENTS
__X__ 1. All time and charges appear necessary and proper.
__ __ 2. Other:
1. This adversary an adverdary proceeding to strip second mortgage 10-9051

AMOUNT RECOMMENDED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 350.00 |
| Total Fees | | 0.00 | | 350.00 |
| Expenses | | ======== | | 11.42 |
| Total Fees and Expenses Recommended | | | | 361.42 |

SUMMARY
Professional fees                                             350.00
Costs and expenses                                             11.42
                                                          ----------
Total fees and expenses                                       361.42
Less:
                                                          ----------
Balance due                                                   361.42

OTHER COMMENTS/RECOMMENDATIONS:

                                    s/ Michael D. West
Date Reviewed:                      Bankruptcy Administrator